# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel. VERITY INVESTIGATIONS, LLC, )<br>          )<br>   Plaintiff, )<br>          )  Civil No. 8:25-cv-01257-DCC<br>v.         )<br>          )<br>VELUX GREENWOOD, LLC, and )<br>VELUX AMERICA LLC,   )<br>          )<br>   Defendant. ) | |

## ORDER

The Relator Verity Investigations, LLC having filed a Notice of Voluntary Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to Relator and without prejudice as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case.

This **28th** day of April, 2025.

                                           **s/Donald C. Coggins, Jr.**
                                           The Honorable Donald C. Coggins, Jr.
                                           United States District Judge